# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDRIA CONTINI,
               Appellant,
vs.
BREIT MF DREAM APARTMENTS
LLC, AN LLC, D/B/A DREAM
APARTMENTS; AND WESTCORP
MANAGEMENT GROUP ONE, INC., A
NEVADA DOMESTIC CORPORATION,
               Respondents.

No. 78742

**FILED**

JUN 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an "Order Denying Plaintiff's Motion to Compel Hearing for Falsified/Fraudulent Document, Sanctions, Fines for Check being Late, New Check Including Interest, and Other Issues." Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule

provides for an appeal from the challenged order. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc: Hon. Richard Scotti, District Judge
Alexandria Contini
The Faux Law Group
Eighth District Court Clerk